Dismissed and Memorandum Opinion filed October 30, 2008








Dismissed
and Memorandum Opinion filed October 30, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00500-CV

____________

 

IRIS WILLIAMS,
Appellant

 

V.

 

UCHENNA K. OJIAKU,
Appellee

 



 

On Appeal from the County Court at
Law No. 3

Fort Bend County,
Texas

Trial Court Cause No.
36075

 



 

M E M O R
A N D U M   O P I N I O N

This
appeal is from a judgment signed May 30, 2008.  No clerk=s record has been filed.  The clerk
responsible for preparing the record in this appeal informed the court
appellant did not make arrangements to pay for the record.  








On
September 26, 2008, notification was transmitted to all parties of the Court's
intent to dismiss the appeal for want of prosecution unless, within fifteen
days, appellant paid or made arrangements to pay for the record and provided
this court with proof of payment.  See Tex.
R. App. P. 37.3(b).

Appellant
has not provided this court with proof of payment for the record. Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed October
30, 2008.

Panel consists of Justices Yates, Seymore, and Boyce.